*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 16-BG-1246

IN RE PETER N. NJANG,

 Respondent.

Bar Registration No. 456012

FILED 3/2/17
District of Columbia
Court of Appeals

*Julio Castillo*
Julio Castillo
Clerk of Court

BDN: 75-15

BEFORE: Glickman, Associate Judge, and Pryor and Reid, Senior Judges.

### ORDER
(Filed – March 2, 2017)

On consideration of the Board on Professional Responsibility's Report and Recommendation, and this court's December 27, 2016, order directing respondent to show cause why he should not be suspended pending final action on the Board's report, and no response having been filed, it is

ORDERED that Peter N. Njang is hereby suspended from the practice of law in the District of Columbia pending final disposition of this proceeding. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI, § 14 relating to suspended attorneys and D.C. Bar R. XI, § 16 (c), dealing with the timing of eligibility for reinstatement as related to compliance with R. XI, § 14, including filing of the required affidavit.

**PER CURIAM**